IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY MILLER IMPORTS, INC., formerly known as GARY MILLER DODGE, INC., | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil No. 11-178 Erie |
| CARTER DOOLITTLE, BRENT DOOLITTLE, KEVIN DOOLITTLE, and LANDMARK CHEVROLET, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In our August 7, 2014 Memorandum Opinion and Order on Plaintiff's Motion to Compel Compliance with Subpoena we preliminarily denied Plaintiff's Motion pending an *in camera* review of the withheld material. In accordance with our Order the withheld material was delivered to the Court on August 14, 2014. We have reviewed the material and now confirm that the documents are properly withheld as being privileged and/or are attorney work product.

Accordingly, the following **ORDER** is hereby entered:

AND NOW, this *15th* day of August, 2014, for the reasons set forth in our August 7, 2014 Memorandum Opinion and Order, and following an *in camera* review of the withheld material, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Compel Compliance with Subpoena (ECF No. 43) be and hereby is DENIED.

Maurice B. Cohill, Jr.
Senior District Court Judge