IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY MILLER IMPORTS, INC., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil No. 11-178 Erie |
| ) | |
| CARTER DOOLITTLE, BRENT ) | |
| DOOLITTLE, KEVIN DOOLITTLE, ) | |
| and LANDMARK CHEVROLET, INC. ) | |
| ) | |
| Defendants. ) | |

## ORDER ON PLAINTIFF'S MOTION TO COMPEL

Presently before the Court is Plaintiff's Motion to Compel seeking financial information from Defendants Carter Doolittle, Brent Doolittle, Kevin Doolittle, and Landmark Chevrolet, Inc. in support of Plaintiff's intention to seek punitive damages. ECF No. 76. Defendants have filed a brief opposing Plaintiff's motion. ECF No. 78. Following a thorough review of the Plaintiff's motion and Defendant's opposition we will grant Plaintiff's motion.

Plaintiff's discovery requests are proper and sufficiently limited in time. Plaintiff predominately seeks only current and/or the most recent information from Defendants. Plaintiff also seeks documents relating to savings, checking, money marker or other bank accounts for the past 2 years, and financial statements or balance sheets for the past 3 years. We find that the time frames for these items are reasonable.

We agree with Defendants that the information requested should be subjected to a protective order at this time and not be made a part of the public record. To that extent, the parties shall not file any document produced as a result of this Order without first seeking permission from the Court to file any such document under seal. In addition, the use of any

document produced as a result of this Order is limited to the above-captioned action only. To the extent the parties believe a more detailed protective order is necessary the parties may submit a proposed protective order to be entered in this case.

Accordingly, the following Order is hereby entered.

AND NOW, this **30th** day of September, 2015, upon consideration of Plaintiff's Motion to Compel, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants' Objections to Plaintiff's Requests for Production of Documents set forth in Exhibits A through D to Plaintiff's Motion to Compel are hereby OVERRULED.

IT IS FURTHER ORDERED that Defendants shall produce all documents responsive to Plaintiff's Requests for Production of Documents set forth in Exhibits A through D to Plaintiff's Motion to Compel no later than October 23, 2015.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Court Judge